IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEE GURNSEY,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Respondents.<br>_____ / | 1:07-cv-01462-AWI-TAG (HC)<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to proceed in forma pauperis. (Doc. 2). Examination of this document reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis (Doc. 2), is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   **October 24, 2007**               /s/ **Theresa A. Goldner**
                                       UNITED STATES MAGISTRATE JUDGE