1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    JOSEPH LEE GURNSEY,                          1:07-cv-01462 AWI TAG  (HC)

8              Petitioner,
                                                  ORDER DENYING MOTION FOR
9         vs.                                     APPOINTMENT OF COUNSEL

10   STATE OF CALIFORNIA ,
                                                  (Doc. 11)
11             Respondent.

12   _____/

13        Petitioner has requested the appointment of counsel.  There currently exists no absolute

14   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

15   479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir. 1984).  However, Title 18

16   U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of

17   justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the

18   Court does not find that the interests of justice would be served by the appointment of counsel at

19   the present time.

20        Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of

21   counsel is denied.

22

23   IT IS SO ORDERED.

24   Dated:   **December 4, 2007**                         **/s/ Theresa A. Goldner**
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28