UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEE GURNSEY,<br><br>            Petitioner,<br><br>    vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Respondent.<br>_____/ | 1:07-cv-01462 AWI-TAG  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT #13) |

On November 5, 2007, Petitioner requested the appointment of counsel. (Doc. 11). By order dated December 4, 2007, the Court denied Petitioner's request for appointment of counsel. (Doc. 12). On December 10, 2007, Petitioner filed a second request for appointment of counsel. (Doc. 13).

As indicated in the Court's order dated December 4, 2007 (Doc. 12) there currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case and as indicated in its order dated December 4, 2007, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

///

1  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of
2  counsel (Doc. 13) is denied.

4  IT IS SO ORDERED.

5  Dated:  **January 7, 2008**              /s/ **Theresa A. Goldner**
                                             UNITED STATES MAGISTRATE JUDGE