UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH LEE GURNSEY, | ) | 1:07-cv-01462-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 15) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| STATE OF CALIFORNIA, et al., | ) | (Doc. 1) |
| | ) | |
| Respondents. | ) | ORDER DENYING ALL PENDING MOTIONS |
| | ) | AS MOOT (Docs. 16, 17 & 21) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED because the Petition was not filed within the one-year time period provided for in 28 U.S.C. § 2244(d)(1). (Doc. 15).  The Findings and Recommendations was served on Petitioners and contained notice that any objections were to be filed within  twenty days from the date of service of that order.  On February 12, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 19).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.[1]   Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations issued January 23, 2008 (Doc. 15), is ADOPTED IN FULL;

    2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED;

    3.  All pending motions (Docs. 16, 17, & 21), are DENIED as MOOT; and

    4. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 14, 2008**                              /s/ Anthony W. Ishii
                                                           UNITED STATES DISTRICT JUDGE

---

[1] In his objections, Petitioner contends that the Findings and Recommendations is incorrect in stating that he did not file a direct appeal from his 1995 conviction. Petitioner apparently requested that the Central California Appellate Program ("CCAP"), the agency which assisted in providing court-appointed appellate counsel for Petitioner during his direct appeal, provide  the Court with documents substantiating Petitioner's claim vis-a-vis his direct appeal.  Although these documents were not formally filed or lodged with the Court, they were considered.  However, they do not affect the Court's analysis of the statute of limitations issue nor do they alter in any way the conclusion that the petition is untimely and must be dismissed. The document submitted by CCAP is the unpublished decision of the Court of Appeal, Fifth Appellate District, dated January 21, 1997, affirming Petitioner's judgment and conviction. The Magistrate Judge's Findings and Recommendations concluded that the instant petition was filed over ten *years* after the limitations period expired.  That conclusion was based upon the Court's assumption that, since Petitioner's conviction became final prior to the enactment of the AEDPA on April 26, 1996, the one-year period terminated on April 26, 1997. However, even if, as the document submitted by CCAP seem to indicate, Petitioner did file a direct appeal, that appeal process concluded forty days after January 17, 1997, and Petitioner would then have had one year in which to file his federal petition.  In other words, even moving forward the commencement date of the one-year period because of the direct appeal, the petition is still some nine years late.